# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                              **Case No. 12-CR-79**

**ROBERT COHEN**
    **Defendant.**

## ORDER

On defendant's request,

**IT IS ORDERED** that the probation office prepare an addendum updating the pre-sentence report previously prepared in this case.

Dated at Milwaukee, Wisconsin, this 18th day of March, 2014.

                                        /s Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge