# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        Plaintiff,

  v.                                           **Case No. 12-CR-79**

**ROBERT COHEN**
        **Defendant.**

## ORDER

**IT IS ORDERED** that defendant may during the first sixty days of his home confinement term travel outside the district, subject to the approval of the probation office.

Dated at Milwaukee, Wisconsin, this 23rd day of April, 2014.

                                      /s Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge